MARLENE PATRELLA et al., Appellants, v ATLANTIC CHIROPRACTIC GROUP et al., Respondents.

Submitted August 6, 2007; decided October 16, 2007

Reported below, 41 AD3d 806.

Motion for leave to appeal denied with $100 costs and neces-

sary reproduction disbursements. Cross motion for the imposition of sanctions denied.